UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 25-40732-ESS |
| Elnunu Medical, P.C. | Chapter 11 |
| Debtor. | |

## NOTICE OF PATIENT CARE OMBUDSMAN REPORT

**PLEASE TAKE NOTICE**, that Eric M. Huebscher, the patient care ombudsman ("Ombudsman") appointed in the above-captioned chapter 11 case filed by Elnunu Medical, P.C., will be providing an oral Ombudsman Report ("Report") on June 5, 2025 at 10:30 AM (Eastern Standard Time) in the United States Bankruptcy Court for the Eastern District of New York. Parties can appear by videoconference by registering through the following portal:

https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl

Dated: May 27, 2025
New York, New York

*/s/ Eric M. Huebscher*
Eric M. Huebscher
*Patient Care Ombudsman*
301 East 87th Street – 20E
New York, NY 10128
Telephone: (646) 584-3141

**Error! Unknown document property name.**